MITCHELL D. GLINER, ESQ.
Nevada Bar #003419
3017 West Charleston Blvd., #95
Las Vegas, NV  89102
(702) 870-8700
(702) 870-0034 Fax
Attorney for Plaintiff

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

MICHAEL TOWNSEND,           )
                            )
     Plaintiff,             )
                            )   No.
vs.                         )
                            )
GMAC INC.,                  )
a foreign corporation,      )
                            )
     Defendant.             )
                            )   JURY DEMANDED

COMPLAINT

JURISDICTION

1.  The jurisdiction of this Court attains pursuant to the FCRA, 15 U.S.C. Section 1681(p), and the doctrine of supplemental jurisdiction.  Venue lies in the Southern Division of the Judicial District of Nevada as Plaintiff's claims arose from acts of the Defendant perpetrated therein.

PRELIMINARY STATEMENT

2.  The Plaintiff brings this action for damages based upon Defendant's violations of the Fair Credit Reporting Act, 15 U.S.C § 1681 *et seq.* (hereinafter referred to as "FCRA"), and of state law obligations brought as supplemental claims including, but not limited to, *defamation*.

3. Plaintiff is a natural person and is a resident and citizen of the State of Nevada and of the United States. Plaintiff is a "consumer" as defined by § 1681a(c) of the FCRA.

4. Defendant GMAC INC., is a furnisher of information as contemplated by FCRA § 1681s-2(a) & (b), who regularly and in the ordinary course of business furnishes information to one or more consumer reporting agencies about consumer transactions or experiences with any consumer.

## FACTUAL ALLEGATIONS

5. Plaintiff's creditworthiness has been repeatedly compromised by the acts, obduracy and general indifference of the Defendant.

6. In 2009, Plaintiff paid $3,000.00 in settlement of the GMAC account underlying this action.

7. The relevant vehicle had been sold at auction when Plaintiff's former girl friend failed to make the payments.

8. GMAC failed to adequately notify Plaintiff as required under NRS 482.516 *resulting in the un-enforceability of the deficiency.*

9. As a result, Plaintiff had contested his culpability and Defendant's reporting of the account.

10. Prior to paying, Plaintiff first received an explicit oral promise from Defendant's collector that the account would be deleted from Plaintiff's credit profiles once the $3,000.00 was paid.

11. Defendant failed to do so and Plaintiff has serially disputed the tradeline.

2

12. Defendant finally deleted its tradeline from Plaintiff's Experian profile on January 22, 2010 (Exhibit 1).

13. Notwithstanding, it still reports the tradeline on Plaintiff's Trans Union report (Exhibit 2).

14. Defendant also continues to report its adverse tradeline on Plaintiff's Equifax profile.

15. Defendant's continued reporting is an explicit violation of FCRA § 1681s-2(b)(1)(D) & (E) which required Defendant to both notify Equifax and Trans Union of the results of the Experian reinvestigation and delete its tradeline.

STATEMENT OF CLAIM AS AGAINST DEFENDANT

16. In the entire course of its action, Defendant willfully and/or negligently violated the provisions of the FCRA in the following respects:

    a. By willfully and/or negligently failing to comport with FCRA § 1681s-2(b).

PRAYER FOR RELIEF

THEREFORE, Plaintiff prays that the court grant the following relief as against Defendant:

    a) actual damages;

    b) punitive damages;

    c) attorney's fees; and

    d) costs.

Respectfully submitted,

MITCHELL D. GLINER, ESQ.
Nevada Bar #003419
3017 West Charleston Blvd. #95
Las Vegas, NV  89102
Attorney for Plaintiff

3



**Experian**
A world of insight

**Prepared for**
MICHAEL S TOWNSEND

**Report number**
2667-4709-46

**Report date**
January 22, 2010

www.experian.com/disputes   Page 1 of 8

## Investigation results

### About our dispute verification process

This summary shows the revision(s) made to your credit file as a result of the verification we recently completed. If you still question an item, then you may want to contact the source of the information.

The federal Fair Credit Reporting Act states that you may:

- request a description of how we verified the information, including the business name and address contacted and the telephone number if reasonably available;
- add a statement disputing the accuracy or completeness of the information; and
- request that we send these results to organizations who have reviewed your credit report in the past two years for employment purposes or six months for any other purpose.

If no information follows, our response appeared on the previous page.

### How to read your results

**Deleted** - This item was removed from your credit report
**Remains** - This item has been verified as accurate
**Updated** - A change was made to this item; review this report to view the change. If ownership of the item was disputed, then it was verified as belonging to you.
**Reviewed** - This item was either updated or deleted; review this report to learn its outcome

### Results

We completed investigating any items you disputed with the sources of the information and processed any other requests you made. Here are the results:

| Credit items | Outcome |
|---|---|
| G M A C<br>06590586.... | Deleted |

Visit experian.com/status to check the status of your pending disputes at any time

### What's your credit score?

Find out by ordering your VantageScore® from Experian for only $7.95. To order your VantageScore, call 1 888 322 5583.

By law, we cannot disclose certain medical information (relating to physical, mental, or behavioral health or condition). Although we do not generally collect such information, it could appear in the name of a data furnisher (i.e., "Cancer Center") that reports your payment history to us. If so, those names display in your report, but in reports to others they display only as MEDICAL PAYMENT DATA. Consumer statements included on your report at your request that contain medical information are disclosed to others.

EXHIBIT 1

MICHAEL S TOWNSEND
1225 N MCCARRAN BLVD APT 3B
RENO NV 89512

0146854941

## Personal Information

| | |
|---|---|
| Name: MICHAEL S. TOWNSEND | File Number: 217132724 |
| | Date Issued: 05/03/2010 |
| | SSN: XXX-XX-0542 |
| | Date of Birth: 09/1960 |
| You have been on our files since 03/1985 | Telephone: 323-0804 |
| | Your SSN is partially masked for your protection |

### CURRENT ADDRESS

Address: 1225 N. MCCARRAN BV., #38
RENO, NV 89512

Date Reported: 02/2002

### EMPLOYMENT DATA REPORTED

Employer Name: ELDORADO HOTEL CASINO      Position:
Date Verified: 09/2008                     Date Hired:

Employer Name: PIONEER INN                 Position:
Date Reported: 08/2008                     Date Hired:

Special Notes: Your Social Security number has been masked for your protection. You may request disclosure of the full number by writing to us at the address found at the end of this report. Also if any item on your credit report begins with 'MED1', it includes medical information and the data following 'MED1' is not displayed to anyone but you except where permitted by law.

## Public Records

The following items obtained from public records appear on your report. You may be required to explain public record items to potential creditors. Any bankruptcy information will remain on your report for 10 years from the date of the filing. Unpaid tax liens may generally be reported for an indefinite period of time depending on your state of residence. Paid tax liens may be reported for 7 years from date of payment. All other public record information, including discharged chapter 13 bankruptcy, remains for up to 7 years. The amount listed on the public record is not a balance. The amount reflects the original amount of the public record item.

### SACRAMENTO COUNTY COURT   Docket# 6210004

600 8TH STREET
SACRAMENTO, CA 95814
(916) 874-6334

| | | | |
|---|---|---|---|
| Type: | Release of Tax Lien | Date Filed: | 06/2000 |
| Court Type: | Recorder Of Deeds | Responsibility: | Individual |
| Date Paid: | 05/2008 | Plaintiff: | STATE OF CALIFORNIA |
| | | Amount: | $1,033 |

Estimated date that this item will be removed: 04/2015

## Account Information

The key to the right helps explain the payment history information contained in some of the accounts below. Not all accounts will contain payment history information, but some creditors report how you make payments each month in relation to your agreement with them.

| N/A | X | OK | 30 | 60 | 90 | 120 |
|---|---|---|---|---|---|---|
| Not Applicable | Unknown | Current | 30 days late | 60 days late | 90 days late | 120 days late |

## Adverse Accounts

The following accounts contain information that some creditors may consider to be adverse. Adverse account information may generally be reported for 7 years from the date of the first delinquency, depending on your state of residence. The adverse information in these accounts has been printed in >brackets< or is shaded for your convenience, to help you understand your report. They are not bracketed or shaded this way for creditors. (Note: The account # may be scrambled by the creditor for your protection).

### GMAC #85905869263

PO BOX 380901
BLOOMINGTON, MN 55438
(800) 200-4622

| | | | |
|---|---|---|---|
| Balance: | $0 | Pay Status: | >Payment After Charge Off/Collection< |
| Date Updated: | 09/2007 | Account Type: | Installment Account |
| High Balance: | $20,592 | Responsibility: | Joint Account |
| Past Due: | $0 | Date Opened: | 08/2004 |
| Terms: | $0 for 60 months | Date Closed: | 09/2007 |

Loan Type: Automobile
Remark: Dispute resolved - customer disagrees
Estimated date that this item will be removed: 07/2014

https://annualcreditreport.transunion.com/products/single/viewPrintableReport.jsp?printVie...   5/3/2010

EXHIBIT 2