# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

MICHAEL TOWNSEND,

    Plaintiff,

v.

GMAC, INC., a foreign corporation,

    Defendant.

2:10-CV-646 JCM (LRL)

# ORDER

Presently before the court is plaintiff Michael S. Townsend's motion to extend time to respond to defendant's motion to dismiss. (Doc. # 11).

Plaintiff's counsel requests to extend the deadline to August 31, 2010, to respond to defendant's motion to dismiss. Plaintiff's counsel explains that due to recent family emergencies, he has been unable to prepare an adequate opposition. The court will grant this second extension of time to August 31, 2010, but is not inclined to grant any further extensions.

Accordingly,

IT IS HEREBY ORDERED ADJUDGED AND DECREED that plaintiff's motion to extend time (doc. # 11) is GRANTED.

DATED July 21, 2010.

_____
UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**