MITCHELL D. GLINER, ESQ.
Nevada Bar #003419
3017 West Charleston Blvd., #95
Las Vegas, NV  89102
(702) 870-8700
(702) 870-0034 Fax
Attorney for Plaintiff

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

MICHAEL TOWNSEND,                    )
                                     )
        Plaintiff,                   )
                                     )         No. 2:10-cv-0646-JCM-LRL
vs.                                  )
                                     )
GMAC INC.,                           )
a foreign corporation,               )
                                     )
        Defendant.                   )
_____)

LAW OFFICES
MITCHELL D. GLINER
3017 W. Charleston Blvd.
Suite 95
Las Vegas, Nevada 89102
(702) 870-8700

## STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE

Pursuant to F.R.C.P. 41(a)(1)(ii) and local rule 7-1(b) it is hereby stipulated  by the parties  hereto  that  the above-entitled matter be dismissed with prejudice, each party to bear their costs and attorney's fees.

DATED:  August 24, 2010.

MITCHELL D. GLINER, ESQ.                 MAUPIN, COX & LeGOY


/s/ Mitchell D. Gliner                   /s/ Christopher D. Jaime
MITCHELL D. GLINER, ESQ.                 Christopher D. Jaime, Esq.
Nevada Bar No. 003419                    Nevada Bar No. 4640
3017 W. Charleston Blvd. # 95            4785 Caughlin Parkway
Las Vegas, Nevada  89102                 Reno, Nevada 89520
Attorney for Plaintiff                   Attorneys for Defendant

IT IS SO ORDERED this 13th day of September, 2010.

_____
UNITED STATES DISTRICT JUDGE